IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                            CASE NO. 4:04-CR-40016

SEDRICK NOBLE                                                                          DEFENDANT

# ORDER

Before the Court is Defendant Sedrick Noble's Rule 60(b) Motion for Default Judgment Void for Vagueness in Statute. (ECF No. 33). Upon review of the motion, the Court finds that the motion should be docketed as a motion under 18 U.S.C. § 2255. The clerk is directed to re-file the motion as one made pursuant to § 2255 and terminate the pending Motion for Default Judgment. (ECF No. 33).

IT IS SO ORDERED, this 20th day of May, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge